McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000

FILED

FEB 11 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00033 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST BY THE UNITED |
| ) | STATES TO UNSEAL CASE |
| SIDNEY HIGGINS, ) | |
| ) | |
| Defendant. ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, and request the Court to unseal the above-captioned matter.

DATED: February 11, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED: February 11, 2008

Hon. SANDRA M. SNYDER
U.S. Magistrate Judge

1