David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **SIDNEY HIGGINS**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,)      Case No. 1: 08 CR 00033 OWW
                         )
                         )
        Plaintiff,       )      ORDER AND STIPULATION
                         )      TO CONTINUE TRIAL CONFIRMATION
    vs.                  )      HEARING
                         )
SIDNEY HIGGINS,          )
                         )
        Defendant.       )
                         )
```

    Defense counsel believes this matter will settle.

    THE PARTIES HEREBY STIPULATE AND AGREE that the Trial Confirmation and In Limine motions hearing presently set for Monday November 17, 2008, at 1:30 p.m., be continued two weeks to Monday December 1, 2008, at 1:30 p.m.

    The trial date of Tuesday, December 9, 2008, shall remain.

Dated: November 13, 2008.            /s/ DAVID BALAKIAN
                                     David Balakian,
                                     Attorney for Defendant,
                                     SIDNEY HIGGINS

```
Dated: November 13, 2008.            /s/ KIMBERLY A. SANCHEZ
                                     Kimberly A. Sanchez,
                                     Assistant U.S. Attorney.

                                     Stipulation has been agreed to
                                     by Ms. Sanchez.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   November 13, 2008**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2