David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **SIDNEY HIGGINS**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,) | **Case No. 1: 08 CR 00033 OWW** |
| ) | |
| Plaintiff, ) | **ORDER AND STIPULATION** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| ) | |
| SIDNEY HIGGINS, ) | |
| ) | _____ |
| _____Defendant._____) | |

        Defense counsel had to reschedule defendant's interview with the probation officer. Because of the rescheduling, the probation officer will not have enough time to prepare and submit the Report to the parties. Both the probation officer and the AUSA have agreed to continue sentencing for two weeks.

        THE PARTIES HEREBY STIPULATE AND AGREE that the Sentencing hearing presently set for Monday, February 23, 2009, at 9:00 a.m., be continued two weeks to Monday, March 9, 2009, at 9:00 a.m.

//

//

1       IT IS FURTHER ORDERED:

2       Report available to defense counsel: move from January
        20, 2009, to February 2, 2009.
3
        Informal Objections due to Probation and AUSA: move from
4       February 2, 2009, to February 16, 2009.

5       Formal Objections filed with the court and served on
        Probation and AUSA: move from February 16, 2009, to March
6       2, 2009.

7       The parties also agree that any delay resulting from this

8   continuance shall be excluded in the interest of justice pursuant

9   to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A),

10  3161(h)(8)(B)(I).

11  Dated: January 5, 2009.          /s/ DAVID BALAKIAN
                                     David Balakian,
12                                   Attorney for Defendant,
                                     SIDNEY HIGGINS
13
    Dated: January 5, 2009.          /s/ MICHAEL IDIART
14                                   Michael Idiart,
                                     Attorney for Defendant,
15                                   SIDNEY HIGGINS

16

17  Dated: January 5, 2009.           /s/ KIMBERLY A. SANCHEZ
                                      Kimberly A. Sanchez,
18                                    Assistant U.S. Attorney.

19                                    Stipulation has been agreed to
                                      by Ms. Sanchez.
20

21                                **ORDER**
22
    IT IS SO ORDERED.
23
    **Dated:   January 5, 2009**          **/s/ Oliver W. Wanger**
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28                                        2